No. 91–5134. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5135. BROWN v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 91–5136. LESTER v. BLANKENSHIP, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5137. MOORE v. JARVIS, SHERIFF OF DEKALB COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 91–5138. MARTIN-PORTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5139. MONTGOMERY v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–5140. JONES v. WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–5143. MABRY v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 91–5144. DARNELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5145. PRESTEMON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5146. OLIVER v. CLEVELAND TRINIDAD PAVING CO. ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 91–5147. HASSAN v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 91–5148. JACKSON v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5149. JEWELL v. JEWELL, NKA INGLE. Ct. App. Minn. Certiorari denied.